UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------- X

UNITED STATES OF AMERICA :

    - v. - : **UNSEALING ORDER**

MICHAEL ACKERMAN, :

    Defendant.   20 Mag. 554
: 20 Cr. 93

------------------- X

Upon application of the United States of America, by and through Assistant United States Attorney Jessica Greenwood, it is hereby ORDERED that Criminal Complaint 20 Mag. 554, which was filed under seal on January 13, 2020, and Criminal Indictment 20 Cr. 93, which was returned under seal on February 3, 2020, be unsealed immediately.

SO ORDERED.

Dated:   New York, New York
       February 11, 2020

HONORABLE ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK