**Query    Reports    Utilities    Help    What's New    Log Out**

Termed

# U.S. District Court
## Northern District of Ohio (Cleveland)
## CRIMINAL DOCKET FOR CASE #: 1:20-mj-09021-WHB All Defendants

| | |
|---|---|
| Case title: United States of America v. Ackerman | Date Filed: 02/12/2020 |
| Other court case number: 20 crim 93 Southern District of New York | Date Terminated: 02/14/2020 |

Assigned to: Magistrate Judge William
H. Baughman, Jr

### Defendant (1)

| | | |
|---|---|---|
| **Michael Ackerman**<br>*TERMINATED: 02/14/2020* | represented by | **Christos N. Georgalis**<br>Flannery Georgalis<br>30th Floor<br>1375 East Ninth Street<br>Cleveland, OH 44114<br>216-367-2095<br>Email: chris@flannerygeorgalis.com<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained*<br>*Bar Status: Active* |
| | | **Paul M. Flannery**<br>Flannery Georgalis<br>30th Floor<br>1375 East Ninth Street<br>Cleveland, OH 44114<br>216-367-2094<br>Email: paul@flannerygeorgalis.com<br>*ATTORNEY TO BE NOTICED*<br>*Bar Status: Active* |
| | | **Robert J. Porter**<br>Flannery Georgalis<br>30th Floor<br>1375 East Ninth Street<br>Cleveland, OH 44114<br>216-930-4719<br>Email: rporter@flannerygeorgalis.com<br>*ATTORNEY TO BE NOTICED* |

*Designation: Retained*
*Bar Status: Active*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1343 and 2 - Wire Fraud 18:1956(a)(1)(B)(i) - Money Laundering | |

---

**Plaintiff**

| **United States of America** | represented by | **Brad J. Beeson** |
|---|---|---|
| | | Office of the U.S. Attorney - Cleveland |
| | | Northern District of Ohio |
| | | Ste. 400 |
| | | 801 Superior Avenue, W |
| | | Cleveland, OH 44113 |
| | | 216-622-3850 |
| | | Fax: 216-522-8354 |
| | | Email: Brad.Beeson@usdoj.gov |
| | | *LEAD ATTORNEY* |
| | | *ATTORNEY TO BE NOTICED* |
| | | *Designation: Retained* |
| | | *Bar Status: Govt* |

Email All Attorneys
Email All Attorneys and Additional Recipients

| Date Filed | # | Docket Text |
|---|---|---|
| 02/12/2020 | 1 | Rule 40 Warrant received as to Michael Ackerman (1). (Attachments: # 1 Indictment)(D,Ky) (Entered: 02/12/2020) |
| 02/13/2020 | 2 | |

| | | |
|---|---|---|
| | | Notice of Appearance of Attorney - Paul M. Flannery, Christos N. Georgalis, and Robert J. Porter appearing for Michael Ackerman (1) (Flannery, Paul) (Entered: 02/13/2020) |
| 02/14/2020 | | Arrest (Rule 40) of Michael Ackerman (1) on 2/14/20. (D,Ky) (Entered: 02/14/2020) |
| 02/14/2020 | | **Minutes of proceedings** [non-document] before Magistrate Judge William H. Baughman, Jr. Initial Appearance in Rule 5(c)(3) Proceedings as to Michael Ackerman (1) held on 2/14/2020. AUSA Kathryn Andrachik present. Attorney Paul Flannery present with the defendant via video conference. PTS officer Pat LaVecchia present. Defendant consents to having initial appearance via video conference. Defendant informed of charges brought by Southern District of New York. Waiver of rule 5 & 5.1 hearings executed. Defendant is released on $20,000.00 unsecured bond with conditions. (Court Reporter H. Geizer) Time: 20 minutes. (D,Ky) (Entered: 02/14/2020) |
| 02/14/2020 | 4 | Consent of defendant to attend hearing via video conference as to Michael Ackerman (1). Signed by Magistrate Judge William H. Baughman, Jr., on 2/14/20. (D,Ky) (Entered: 02/14/2020) |
| 02/14/2020 | 5 | Waiver of Rule 5(c)(3) Hearings by Michael Ackerman (1). (D,Ky) (Entered: 02/14/2020) |
| 02/14/2020 | 6 | Appearance Bond Entered as to Michael Ackerman (1) in amount of $ 20,000.00, unsecured. (D,Ky) (Entered: 02/14/2020) |
| 02/14/2020 | 7 | **Order** Setting Conditions of Release as to Michael Ackerman (1) on $20,000.00 unsecured bond. Signed by Magistrate Judge William H. Baughman, Jr., on 2/14/20. (D,Ky) (Entered: 02/14/2020) |
| 02/14/2020 | 8 | **Order** requiring defendant to appear in the district where charges are pending and transferring bail. Signed by Magistrate Judge William H. Baughman, Jr., on 2/14/20. (D,Ky) (Entered: 02/14/2020) |
| 02/14/2020 | | Notice to Southern District of New York of a Rule 5 or Rule 32 Initial Appearance as to Michael Ackerman (1). Your case number is: 20 CRIM 93. Using your PACER account, you may retrieve the docket sheet and any text-only entry via the case number link. The following document link(s) is also provided: Initial Appearance - Rule 5(c)(3),, 4 Order, 7 Order Setting Conditions of Release, 5 Waiver of Rule 5(c)(3) Hearing, 6 Bond, 2 Notice of Attorney Appearance - Defendant, 8 Order. If you require certified copies of any documents, please send a request to ohndml_InterDistrictTransfer@ohnd.uscourts.gov. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov. (D,Ky) (Entered: 02/14/2020) |