# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 25, 2020

By ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/26/20
```

MEMO ENDORSED

Re: **United States v. Michael Ackerman, 20 Cr. 93 (LTS)**

Dear Judge Swain:

    I write to respectfully request that the Court appoint me to represent Michael Ackerman pursuant to the attached financial affidavit. Mr. Ackerman is indicted on one count of wire fraud and one count of money laundering. He was presented in the Northern District of Ohio and is currently hospitalized and unable to appear in person in SDNY. He has informed me, however, that he is unable to afford counsel and has asked that this Court appoint him an attorney.

    Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

*The request is granted.*

SO ORDERED:

_____ 2/25/20
HON. LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE