**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 27, 2020

By ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York

## MEMO ENDORSED

Re:  **United States v. Michael Ackerman, 20 Cr. 93 (LTS)**

Dear Judge Swain:

    I write to respectfully request that the Court modify Michael Ackerman's bail conditions to permit him to travel to Madison, Wisconsin, from June 17 to June 21, 2020, for a medical evaluation. Mr. Ackerman, who resides in Ohio, is indicted on wire fraud and money laundering counts, and his bail includes travel restrictions. He has been fully compliant with all bail conditions thus far. The Government consents to this request.

    Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:  Jessica Greenwood, Esq.
     Assistant United States Attorney

---

The request, to which the Court understands the Pre-Trial Services Office has no objection, is granted. Itinerary information must be provided to the PTSO in advance.

SO ORDERED.
5/27/2020
/s/ Laura Taylor Swain, USDJ