**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 3, 2020

By ECF

**MEMO ENDORSED**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York

**Re: United States v. Michael Ackerman, 20 Cr. 93 (LTS)**

Dear Judge Swain:

    I write to respectfully request that the Court modify Michael Ackerman's bail conditions to permit him to travel to Madison, Wisconsin, from the evening of August 11 to August 16, 2020. The Government and Pretrial Services consent to this request.

    The purpose of this trip is for Mr. Ackerman to receive medical treatment at the University of Wisconsin Health Transplant Clinic. Mr. Ackerman, who resides in Ohio, is indicted on wire fraud and money laundering counts, and his bail includes travel restrictions. He has been fully compliant with all bail conditions thus far, and his previous trip to Wisconsin for medical care occurred without incident.

    Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:    Jessica Greenwood, Esq.
        Robert Trial, Pretrial Services

The requested modification is granted.
DE#23 resolved.
SO ORDERED.
/s/ Laura Taylor Swain, USDJ