**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

August 5, 2020

By ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York

**MEMO ENDORSED**

**Re: United States v. Michael Ackerman, 20 Cr. 93 (LTS)**

Dear Judge Swain:

    I write to respectfully request that the Court move the telephonic court appearance on August 11 to 1:00 p.m. The Government consents to this request. I make this request because Mr. Ackerman has a medical appointment in the morning on August 11 that would preclude him from participating in the currently scheduled 11:00 a.m. appearance.

    Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc: Jessica Greenwood, Esq.

The foregoing rescheduling request is granted. DE# 25 resolved.
SO ORDERED.
8/5/2020
/s/ Laura Taylor Swain, USDJ