**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 21, 2020

By ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York

**MEMO ENDORSED**

**Re: United States v. Michael Ackerman, 20 Cr. 93 (LTS)**

Dear Judge Swain:

I write to respectfully request that the Court modify Michael Ackerman's bail conditions to permit him to travel to Madison, Wisconsin, upon notification that he is to receive an organ transplant, without further application to the Court. **The Government and Pretrial Services consent to this request.**

Mr. Ackerman, who lives in Ohio and is subject to travel restrictions, has been placed on the waiting list at the University of Wisconsin for a liver and kidney transplant. This means that he can be called at any time, day or night, and told to travel to Wisconsin for the transplant. He may not receive much warning in advance, and will need to travel immediately. Accordingly, I respectfully request that the Court permit travel to Wisconsin for the purpose of an organ transplant without further application to the Court.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:   Jessica Greenwood, Esq.
       Natahsa Ramesar, Pretrial Services

The requested modification is granted, with the Court's best wishes for a successful procedure. DE# 30 resolved.
SO ORDERED.
9/21/2020
/s/ Laura Taylor Swain, USDJ