**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

November 11, 2020

By ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York

## MEMO ENDORSED

**Re:  United States v. Michael Ackerman, 20 Cr. 93 (LTS)**

Dear Judge Swain:

I write to respectfully request a 60-day adjournment of the December 3 conference in this matter. The reason for this request is that, while substantial discovery has been provided, the discovery process is not yet complete. The adjournment would thus allow additional time to complete the discovery process and to engage in continued discussions about a possible disposition. The Government consents to this request.

Should the Court grant an adjournment, I consent to an exclusion of Speedy Trial time until the adjourn date.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:   Jessica Greenwood, Esq.

The application is granted.  The conference is adjourned to February 4, 2021, at 4:00 p.m.  The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through February 4, 2021, outweigh the best interests of the public and the defendants in a speedy trial for the reasons stated above.

SO ORDERED.
Dated: 11/11/2020

/s/ Laura Taylor Swain
Laura Taylor Swain, USDJ