**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

January 15, 2021

**BY ECF**

The Honorable Taylor A. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

MEMO ENDORSED

Re:   *United States v. Michael Ackerman*, 20 Cr. 93 (TAS)

Dear Judge Swain:

The Government writes on behalf of the parties to seek an approximately sixty-day adjournment of the conference date currently scheduled for February 4, 2021 at 4:00 p.m. to allow for further production and review of discovery and discussions of a pretrial disposition of this matter. The Government requests, and the defendant consents to, exclusion of time under the Speedy Trial Act in the interests of justice. 18 U.S.C. §§ 3161(h)(7)(B)(i) & (iv).

Very truly yours,

AUDREY STRAUSS
Acting United States Attorney

by: /s Jessica Greenwood
Jessica Greenwood
Assistant United States Attorney
(212) 637-1090

cc: Jonathan Marvinny, Esq. (by ECF)

The application is granted. The conference is adjourned to April 7, 2021, at 2:00 p.m. The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through April 7, 2021, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE # 37 resolved.

SO ORDERED.
Dated: 1/15/2021

 /s/ Laura Taylor Swain
Laura Taylor Swain, USDJ