

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 16, 2021

**BY ECF**

The Honorable Taylor A. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Michael Ackerman*, 20 Cr. 93 (TAS)

Dear Judge Swain:

The Government respectfully submits this letter with the consent of defense counsel to seek an adjournment of the conference currently scheduled for 2 p.m. on April 7, 2021 to 2 p.m. on June 8, 2021. The parties are discussing a pretrial resolution of this matter and will not be completed with those discussions before the conference date.

With the consent of the defendant, the Government also seeks exclusion of time from the speedy trial clock under 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by such exclusion outweigh the best interest of the public and the defendant in a speedy trial. Specifically, the exclusion would allow time for the parties to continue discussing a pretrial disposition in this case.

The application is granted. The conference is adjourned to June 8, 2021, at 2:00 p.m.  The Court finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through June 8, 2021, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated above. DE # 39 resolved.

SO ORDERED.
Dated: 3/16/2021
/s/ Laura Taylor Swain
Laura Taylor Swain, USDJ

Respectfully submitted,

AUDREY STRAUSS
United States Attorney for the
Southern District of New York

By:___/s/_____
    Jessica Greenwood
    Assistant United States Attorney
    (212) 637-1090

cc: Jonathan Marvinny, Esq. (by ECF)