```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
UNITED STATES OF AMERICA,                                              :
                                                                       :
            -v-                                                        :         20-CR-93 (LTS)
                                                                       :
MICHAEL ACKERMAN,                                                      :         ORDER
                                                                       :
                        Defendant.                                     :
                                                                       :
-----------------------------------------------------------------------X
```

The pretrial conference currently scheduled for June 8, 2021, at 2:00 p.m., is hereby rescheduled to take place as a telephonic conference on **June 8, 2020, at 12:00 p.m.**  To access the call, participants must dial **888-363-4734** and use access code **1527005#** and security code **3344#**.  (Members of the press and public may call the same number, but will not be permitted to speak during the conference.)

During the call, participants are directed to observe the following rules:

1. Use a landline whenever possible.

2. Use a handset rather than a speakerphone.

3. All callers to the line must identify themselves if asked to do so.

4. Identify yourself each time you speak.

5. <u>Mute</u> when you are not speaking to eliminate background noise.

6. Spell proper names.

Finally, all of those accessing the conference are reminded that recording or rebroadcasting of the proceeding is prohibited. <u>See</u> Standing Order M-10-468, No. 21-MC-45 (S.D.N.Y. Jan. 19, 2021).

SO ORDERED.

Dated: New York, New York
May 28, 2021

<u>/s/ Laura Taylor Swain</u>
Hon. Laura Taylor Swain
Chief United States District Judge