

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 28, 2021

**BY ECF**

The Honorable Taylor A. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   *United States v. Michael Ackerman*, 20 Cr. 93 (TAS)

Dear Judge Swain:

    The Government respectfully submits this letter with the consent of defense counsel to seek an adjournment of the conference currently scheduled for 2 p.m. on July 7, 2021 to 9 a.m. on July 29, 2021. The parties are discussing a pretrial resolution of this matter and will not be completed with those discussions before the conference date.

    With the consent of the defendant, the Government also seeks exclusion of time from the speedy trial clock under 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by such exclusion outweigh the best interest of the public and the defendant in a speedy trial. Specifically, the exclusion would allow time for the parties to continue discussing a pretrial disposition in this case.

                        Respectfully submitted,

                        AUDREY STRAUSS
                        United States Attorney for the
                        Southern District of New York

                   By: ___/s/_____
                        Jessica Greenwood
                        Assistant United States Attorney
                        (212) 637-1090

cc: Jonathan Marvinny, Esq. (by ECF)