

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 28, 2021

**BY ECF**

The Honorable Taylor A. Swain                    MEMO ENDORSED
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

  Re: *United States v. Michael Ackerman*, 20 Cr. 93 (TASX) (LTS)

Dear Judge Swain:

  The Government respectfully submits this letter with the consent of defense counsel to seek an adjournment of the conference currently scheduled for 2 p.m. on July 7, 2021 to 9 a.m. on July 29, 2021.  The parties are discussing a pretrial resolution of this matter and will not be completed with those discussions before the conference date.

  With the consent of the defendant, the Government also seeks exclusion of time from the speedy trial clock under 18 U.S.C. § 3161(h)(7)(A) because the ends of justice served by such exclusion outweigh the best interest of the public and the defendant in a speedy trial.  Specifically, the exclusion would allow time for the parties to continue discussing a pretrial disposition in this case.

The application is granted. The conference is                    Respectfully submitted,
adjourned to July 29, 2021, at 9:00 a.m. The Court
finds pursuant to 18 U.S.C. §3161(h)(7)(A) that the           AUDREY STRAUSS
ends of justice served by an exclusion of the time from       United States Attorney for the
today's date through July 29, 2021, outweigh the best         Southern District of New York
interests of the public and the defendant in a speedy
trial for the reasons stated above. DE # 44 resolved.

SO ORDERED.                                                  By:___/s/_____
Dated: June 28, 2021                                             Jessica Greenwood
/s/ Laura Taylor Swain, Chief U.S.D.J.                           Assistant United States Attorney
                                                                 (212) 637-1090

  cc: Jonathan Marvinny, Esq. (by ECF)