UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                               No.   20 CR 93-LTS

MICHAEL ACKERMAN,

        Defendant.

-------------------------------------------------------x

## ORDER

The change of plea hearing currently scheduled for July 29, 2021, at 9:00 a.m., is rescheduled for July 29, 2021, at 8:30 a.m.  All other provisions of the Court's Order dated July 23, 2021 (docket entry no. 46), remain in effect.

       SO ORDERED.

Dated: New York, New York
       July 26, 2021

                                                                           /s/ Laura Taylor Swain
                                                                           LAURA TAYLOR SWAIN
                                                                            Chief United States District Judge