**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 28, 2021

By ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York

**Re:   United States v. Michael Ackerman, 20 Cr. 93 (LTS)**

Dear Judge Swain:

I write to respectfully request that the Court postpone Mr. Ackerman's guilty plea, currently scheduled for tomorrow morning, to a future date to be determined. The reason for this request is that, this afternoon, Mr. Ackerman was informed that he will receive a long-awaited liver transplant at the University of Wisconsin Health Transplant Center tomorrow morning around 6:00 a.m. The Court will recall that on September 21, 2020, the Court modified Mr. Ackerman's bail to permit him to travel to Wisconsin for the purpose of receiving an organ transplant without prior application to the Court. *See* ECF No. 31. Mr. Ackerman is now required to travel to the hospital from his home in Ohio (a multi-hour drive) immediately.

I apologize for the lateness of this request. Mr. Ackerman (and I) received the news that he would receive a transplant only within the last hour. For the Court's awareness, I spoke to a nurse responsible for organ allocation at the hospital and confirmed that Mr. Ackerman is in fact to receive his transplant tomorrow.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:    Jessica Greenwood, Esq.
       Assistant United States Attorney