**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

July 29, 2021

By ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York

### MEMO ENDORSED

**Re: United States v. Michael Ackerman, 20 Cr. 93 (LTS)**

Dear Judge Swain:

I write to respectfully request that the Court schedule Mr. Ackerman's change-of-plea conference for September 9, 2021, at 2:30 p.m., a date and time I understand is convenient for the Court. Mr. Ackerman consents to an exclusion of time under the Speedy Trial Act until that date.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Jessica Greenwood, Esq.
      Sheb Swett, Esq.
      Assistant United States Attorneys

> The change of plea hearing previously scheduled for July 29, 2021, at 8:30 a.m., is rescheduled for September 9, 2021, at 2:30 p.m. All other provisions of the Court's Order dated July 23, 2021 (docket entry no. 46), remain in effect. The Court finds pursuant to 18 U.S.C. § 3161(h)(7)(A) that the ends of justice served by an exclusion of the time from today's date through September 9, 2021, outweigh the best interests of the public and the defendant in a speedy trial for the reasons stated in defense counsel's letter dated July 28, 2021 (docket entry no. 49). DE #51 resolved.
>
> SO ORDERED.
> Dated: July 30, 2021
> /s/ Laura Taylor Swain, Chief U.S.D.J.