UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                         No.   20 CR 93-LTS

MICHAEL ACKERMAN,

       Defendant.

-------------------------------------------------------x

## ORDER

The change of plea hearing currently scheduled for September 9, 2021, at 2:30 p.m., is rescheduled for September 9, 2021, at 3:30 p.m.  All other provisions of the Court's Order dated July 23, 2021 (docket entry no. 46), remain in effect.

     SO ORDERED.

Dated: New York, New York
       August 19, 2021

                                                    /s/ Laura Taylor Swain
                                                   LAURA TAYLOR SWAIN
                                                   Chief United States District Judge