UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

UNITED STATES OF AMERICA

   -v-                                                                  No.   20 CR 93-LTS

MICHAEL ACKERMAN,

        Defendant.

-------------------------------------------------------x

## ORDER

The change of plea hearing currently scheduled for September 9, 2021, at 2:30 p.m., is rescheduled for September 8, 2021, at 10:00 a.m. All other provisions of the Court's Order dated July 23, 2021 (docket entry no. 46), remain in effect.

SO ORDERED.

Dated: New York, New York
        September 1, 2021

                                                               /s/ Laura Taylor Swain
                                                             LAURA TAYLOR SWAIN
                                                             Chief United States District Judge