**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 13, 2021

By ECF

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York

**Re: United States v. Michael Ackerman, 20 Cr. 93 (LTS)**

Dear Judge Swain:

I write to respectfully request a 30-day adjournment of Mr. Ackerman's sentencing (currently scheduled for January 5, 2022). I am requesting this additional time so that I can finalize review of Mr. Ackerman's voluminous medical records and finish collecting additional mitigation. The Government consents to this request, my first.

In addition, I request that the Court schedule Mr. Ackerman for a remote sentencing by video, as he is too ill to travel to New York.

Thank you for your attention to these requests.

Sincerely,

/s/ Jonathan Marvinny

Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc:   Jessica Greenwood, Esq.
      Assistant United States Attorney