**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 13, 2021

By ECF

## MEMO ENDORSED

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York

**Re:  United States v. Michael Ackerman, 20 Cr. 93 (LTS)**

Dear Judge Swain:

I write to respectfully request a 30-day adjournment of Mr. Ackerman's sentencing (currently scheduled for January 5, 2022). I am requesting this additional time so that I can finalize review of Mr. Ackerman's voluminous medical records and finish collecting additional mitigation. The Government consents to this request, my first.

In addition, I request that the Court schedule Mr. Ackerman for a remote sentencing by video, as he is too ill to travel to New York.

Thank you for your attention to these requests.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792
jonathan_marvinny@fd.org

cc:   Jessica Greenwood, Esq.
    Assistant United States Attorney

Application granted.  The sentencing hearing currently scheduled for January 5, 2022, is adjourned to February 15, 2022, at 10:30 a.m.  A separate order will issue regarding procedures for participating in the sentencing hearing by remote means.  DE#61 resolved.

SO ORDERED.
Dated: December 13, 2021
/s/ Laura Taylor Swain, Chief U.S.D.J.