

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

February 7, 2022

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

## MEMO ENDORSED

Re:   *United States v. Michael Ackerman*, 20 Cr. 93 (LTS)

Dear Judge Swain:

The Government writes, with the consent of defense counsel, to request an extension of the deadline to file its sentencing submission. The Government respectfully requests a deadline of February 10, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: ___/s/_____
Jessica Greenwood
Assistant United States Attorney
(212) 637-1090

cc: Jonathan Marvinny, Esq. (by ECF)

Application granted. DE#64 resolved.

SO ORDERED.
Dated: February 8, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.