

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

March 7, 2022

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

    Re:    **United States v. Michael Ackerman**
               20 Cr. 93 (LTS)

Dear Judge Swain:

        The Government respectfully moves pursuant to Rule 36 of the Federal Rules of Criminal Procedure that the Court enter the proposed Corrected Preliminary Order of Forfeiture as to Specific Property/Money Judgment attached hereto, to correct a clerical error. Specifically, as set forth in the supporting Declaration also attached hereto, the original Preliminary Order of Forfeiture entered by this Court on September 8, 2021 (D.E. 57) incorrectly listed the United States Marshals Service as the agency to handle payments on the Money Judgment imposed on the Defendant. The correct agency is the United States Customs and Border Protection.

        Accordingly, the Government respectfully requests that the Court enter the attached Corrected Preliminary Order of Forfeiture/Money Judgment correcting the error.

        Respectfully,

        DAMIAN WILLIAMS
        United States Attorney for the
        Southern District of New York

By:   *Jessica Greenwood*
      Jessica Greenwood
      Assistant United States Attorney
      Tel. No.: (212) 637-1090