UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x
                                                    :
UNITED STATES OF AMERICA
                                                    :        CORRECTED PRELIMINARY
            - v. -                                           ORDER OF FORFEITURE AS TO
                                                    :        SPECIFIC PROPERTY/
MICHAEL ACKERMAN,                                            MONEY JUDGMENT
                                                    :
            Defendant.                                       20 Cr. 93 (LTS)
                                                    :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -   x

        WHEREAS, on or about February 3, 2020, MICHAEL ACKERMAN (the

"Defendant"), was charged in a two-count Indictment, 20 Cr. 93 (LTS) (the "Indictment"), with

wire fraud, in violation of Title 18, United States Code, Sections 1343 and 2 (Count One); and

money laundering, in violation of Title 18, United States Code, Section 1956(a)(1)(B)(i) (Count

Two);

        WHEREAS, the Indictment included a forfeiture allegation as to Count One of the

Indictment, seeking forfeiture to the United States, pursuant to Title 18, United States Code,

Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, of any and all property, real

and personal that constitutes or is derived from proceeds traceable to the commission of the offense

charged in Count One of the Indictment, including but not limited to a sum of money in United

States currency, representing the proceeds traceable to the commission of the offense charged in

Count One of the Indictment, and various specific assets;

        WHEREAS, on or about July 29, 2021, the Defendant pled guilty to Count One of

the Indictment;

        WHEREAS, on or about September 8, 2021, the Court entered a Consent

Preliminary Order of Forfeiture as to Specific Property/Money Judgment imposing a forfeiture

money judgment against the Defendant in the amount of $36,268,515.00 in United States currency

(the "Money Judgment") representing proceeds traceable to the commission of the offense charged in Count One of the Indictment that the Defendant personally obtained (the "Preliminary Order of Forfeiture");

WHEREAS, the Preliminary Order of Forfeiture incorrectly identified the United States Marshals Service as the agency authorized to accept payments made towards the satisfaction of the Money Judgment and to deposit them into the Asset Forfeiture Fund; and

WHEREAS, the Preliminary Order of Forfeiture is to be corrected only as to the corrected agency, and the Preliminary Order of Forfeiture should in all other respects remain unchanged and fully incorporated herein.

NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

1.      All payments on the outstanding Money Judgment shall be made by postal money order, bank or certified check, made payable to the United States Customs and Border Protection and delivered by mail to the United States Attorney's Office, Southern District of New York, Attn: Money Laundering and Transnational Criminal Enterprises Unit, One St. Andrew's Plaza, New York, New York 10007 and shall indicate the Defendant's name and case number.

2.      The United States Customs and Border Protection, or its designee, is authorized to deposit the payments on the Money Judgment in the Treasury Assets Forfeiture Fund, and the United States shall have clear title to such forfeited property.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

3.      The Court shall retain jurisdiction to enforce this Corrected Preliminary Order of Forfeiture/Money Judgment, and to amend it as necessary, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure.

SO ORDERED:

_____          _____
HONORABLE LAURA TAYLOR SWAIN                DATE
UNITED STATES DISTRICT JUDGE