

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 6, 2022

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:    *United States v. Michael Ackerman*, 20 Cr. 93 (LTS)

Dear Judge Swain:

      The Government writes, with the consent of defense counsel, to notify the Court that the restitution hearing in the above-captioned matter, currently scheduled for May 11, 2022, will not be necessary as the parties anticipate submitting a consent restitution order. The Government further requests, with the consent of defense counsel, an extension of the deadline to file its proposed restitution order. The Government respectfully requests a deadline of June 3, 2022.

                       Respectfully submitted,

                       DAMIAN WILLIAMS
                       United States Attorney for the
                       Southern District of New York

                   By:___/s/_____
                       Jessica Greenwood
                       Sheb Swett
                       Assistant United States Attorney
                       (212) 637-1090 / 6522

cc: Jonathan Marvinny, Esq. (by ECF)