

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 6, 2022

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

    Re:    *United States v. Michael Ackerman*, 20 Cr. 93 (LTS)

Dear Judge Swain:

    The Government writes, with the consent of defense counsel, to notify the Court that the restitution hearing in the above-captioned matter, currently scheduled for May 11, 2022, will not be necessary as the parties anticipate submitting a consent restitution order. The Government further requests, with the consent of defense counsel, an extension of the deadline to file its proposed restitution order. The Government respectfully requests a deadline of June 3, 2022.

The pretrial conference currently scheduled for May 12, 2022, is adjourned to June 8, 2022, at 2:00 p.m. DE#34 resolved.

SO ORDERED.
Dated: May 6, 2022
/s/ Laura Taylor Swain, Chief U.S.D.J.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: ___/s/_____
    Jessica Greenwood
    Sheb Swett
    Assistant United States Attorney
    (212) 637-1090 / 6522

cc: Jonathan Marvinny, Esq. (by ECF)