

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

May 6, 2022

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**AMENDED MEMO ENDORSED**

Re:   *United States v. Michael Ackerman*, 20 Cr. 93 (LTS)

Dear Judge Swain:

The Government writes, with the consent of defense counsel, to notify the Court that the restitution hearing in the above-captioned matter, currently scheduled for May 11, 2022, will not be necessary as the parties anticipate submitting a consent restitution order. The Government further requests, with the consent of defense counsel, an extension of the deadline to file its proposed restitution order. The Government respectfully requests a deadline of June 3, 2022.

Application granted to the extent that the May 11, 2022, restitution hearing is adjourned sine die. The Government shall submit its proposed restitution order, or any request for a further adjournment of its deadline to do so, by June 3, 2022. DE#77 resolved.

SO ORDERED.

Dated: May 6, 2022

/s/ Laura Taylor Swain, Chief U.S.D.J.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney for the
Southern District of New York

By: ___/s/_____
    Jessica Greenwood
    Sheb Swett
    Assistant United States Attorney
    (212) 637-1090 / 6522