```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
            -v-                                                    :    20 CR 93 (LTS)
                                                                   :
MICHAEL ACKERMAN,                                                  :
                                                                   :
                        Defendant.                                 :
                                                                   :
-------------------------------------------------------------------X
```

ORDER

The Court has received a letter dated May 6, 2022, from Timothy J. Dey, Esq., counsel for Defendant's ex-wife in a matter not before this Court, informing the Court as to certain information which may be relevant to the determination of restitution in this matter.

Because the May 6, 2022, letter contains sensitive information concerning non-parties, the Court will provide a copy of the letter to the parties and will file the original letter under seal. The Government's June 3, 2022, deadline to submit is proposed restitution order, or any request for a further adjournment of its deadline to do so, remains on the Court's calendar.

SO ORDERED.

Dated: New York New York
       May 10, 2022                                   /s/ Laura Taylor Swain
                                                     LAURA TAYLOR SWAIN
                                                     Chief United States District Judge


Copy mailed to:

Timothy J. Dey, Esq.
222 Route 18 North
East Brunswick, N.J. 08816