Michael Ackerman                             4                              6604901 - BL
Docket Number: 1:20CR00093-1



# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK
# PROBATION OFFICE

*JUDICIAL RESPONSE*

THE COURT ORDERS:

[X]   Transfer of Jurisdiction to the Northern District of Ohio APPROVED

[ ]   Transfer of Jurisdiction to the Northern District of Ohio DENIED

[ ]   Other

_____
_____
_____

/s/ Laura Taylor Swain
Honorable Laura Taylor Swain
Chief U.S. District Judge
5/22/2022
Date