

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

June 3, 2022

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Michael Ackerman*, 20 Cr. 93 (LTS)

Dear Judge Swain:

    The Government writes, with the consent of defense counsel, to requests an extension of the deadline to file its proposed restitution order. The Government respectfully requests a deadline of June 17, 2022.

                              Respectfully submitted,

                              DAMIAN WILLIAMS
                              United States Attorney for the
                              Southern District of New York

                        By:   /s/_____
                              Jessica Greenwood
                              Sheb Swett
                              Assistant United States Attorney
                              (212) 637-1090 / 6522

cc: Jonathan Marvinny, Esq. (by ECF)