

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 10, 2022

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Michael Ackerman*, 20 Cr. 93 (LTS)

Dear Judge Swain:

    The Government writes to request an extension of the deadline by which forfeiture petitions are due in the above-captioned matter. The Government understands that certain individuals may assert property interests in property subject to forfeiture but will not be prepared to file by the statutory deadline. Accordingly, the Government requests a thirty-day extension of the deadline.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney for the
    Southern District of New York

By: ___/s/_____
    Jessica Greenwood
    Sheb Swett
    Assistant United States Attorney
    (212) 637-1090 / 6522

cc: Jonathan Marvinny, Esq. (by ECF)