

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

August 18, 2022

**BY ECF**

The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:    *United States v. Michael Ackerman*, 20 Cr. 93 (LTS)

Dear Judge Swain:

    The Government, with the consent of defense counsel, respectfully submits an amended restitution order in the above-captioned matter for the Court's consideration. This restitution order includes certain victims who were not included in the original restitution order. The Government has filed a revised schedule of victims under seal.

                          Respectfully submitted,

                          DAMIAN WILLIAMS
                          United States Attorney for the
                          Southern District of New York

                   By:   /s/_____
                          Jessica Greenwood
                          Sheb Swett
                          Assistant United States Attorney
                          (212) 637-1090 / 6522

cc: Jonathan Marvinny, Esq. (by ECF)