UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

United States of America

                Plaintiff,

-against-                          **20** CR **93** ( **LTS** )

**MOTION FOR ADMISSION**

Michael Ackerman                     **PRO HAC VICE**

                      Defendant.

Pursuant to Rule 1.3 of the Local Rules of the United States Courts for the Southern and Eastern Districts of New York, **Philip J. Korey** hereby move this Court for an Order for admission to practice Pro Hac Vice to appear as counsel for **Alison Douglas** in the above-captioned action.

I am in good standing of the bar(s) of the state(s) of **Ohio** and there are no pending disciplinary proceedings against me in any state or federal court. I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. I have attached the affidavit pursuant to Local Rule 1.3.

Dated: **Sept. 2, 2022**        Respectfully Submitted,

Applicant Signature: *[signature]*

Applicant's Name: **Philip J. Korey (#0026029)**

Firm Name: **Philip J. Korey**

Address: **700 West St. Clair Ave., Suite 400**

City/State/Zip: **Cleveland, Ohio 44113-1274**

Telephone/Fax: **(216) 771-7030**    **Fax: (216) 241-2731**

Email: **pjkoreylaw@sbcglobal.net**