STATE OF OHIO            )
                         ) SS:  **AFFIDAVIT OF PHILIP J. KOREY**
CUYAHOGA COUNTY          )

I, Philip J. Korey, being first duly sworn according to law deposes and states as follows:

1. Affiant is a licensed attorney in the State of Ohio, Bar No. 0026029, and has been practicing law for 42 years.

2. Affiant has never been convicted of a felony.

3. Affiant has never been censured, suspended, disbarred, or denied admission or readmission by any court.

4. Affiant has attached a Certificate of Good Standing before the Ohio Supreme Court.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
PHILIP J. KOREY

SWORN TO BEFORE ME and subscribed in my presence on this 2ND day of September, 2022.

_____
NOTARY PUBLIC

JOSEPH A. DUBYAK, Attorney
NOTARY PUBLIC, STATE OF OHIO
My commission has no expiration date
Section 147.03 R.C.