

# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio, **Philip J. Korey** (Attorney Reg. No. **0026029**) was admitted to the practice of law in Ohio on **November 7, 1980**; has registered as an **active** attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

I further certify that the records of the Clerk's Office of the Supreme Court of Ohio do not indicate that the Board of Professional Conduct has filed a report recommending that the Supreme Court impose discipline against Philip J. Korey pursuant to Gov.Bar R. V ("Disciplinary Procedure"). I further certify that the records of the Clerk's Office do not indicate that the Supreme Court has imposed discipline against Philip J. Korey pursuant to Gov.Bar R. V. I further certify that the records of the Clerk's Office do not indicate that a disciplinary matter was or is currently pending against Philip J. Korey with the Supreme Court.

I further certify that the records of the Clerk's Office of the Supreme Court of Ohio indicate that on June 25, 1993, the Supreme Court of Ohio sanctioned Philip J. Korey for failure to comply with Gov.Bar R. X ("Attorney Continuing Legal Education") for the 1990-1991 reporting period and ordered him to pay a sanction on or before July 26, 1993, and that on July 6, 1993, the sanction was paid.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 10th day of August, 2022.

GINA WHITE PALMER
*Director, Attorney Services Division*

*Tammy White*

Tammy White
*Manager, Office of Attorney Services*