UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

                    Plaintiff,

        -against-

Michael Ackerman

                    Defendant.

20  CR 93        (LTS  )

ORDER FOR ADMISSION
PRO HAC VICE

The motion of __Philip J. Korey_____, for admission to

practice Pro Hac Vice in the above captioned action is granted.

        Applicant has declared that he/she is a member in good standing of the bar(s) of the state(s) of

__Ohio_____; and that his/her contact information is as follows

(please print):

        Applicant's Name: ____Philip J. Korey_____

        Firm Name: _____Philip J. Korey_____

        Address: __700 West St. Clair Ave., Suite 400_____

        City / State / Zip: __Cleveland, Ohio  44113-1274_____

        Telephone / Fax: __(216) 771-7030____Fax:__(216) 241-2731____

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for

__Alison Douglas_____ in the above entitled action;

        **IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above

captioned case in the United States District Court for the Southern District of New York.  All attorneys

appearing before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.

Dated:_____              _____

                                    United States District / Magistrate Judge