UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America

        Plaintiff,

-against-

Michael Ackerman

        Defendant.

20 CR 93 (LTS)

ORDER FOR ADMISSION
PRO HAC VICE

The motion of **Philip J. Korey**, for admission to practice Pro Hac Vice in the above captioned action is granted.

Applicant has declared that he/~~she~~ is a member in good standing of the bar(s) of the state(s) of **Ohio**; and that his/~~her~~ contact information is as follows (please print):

    Applicant's Name: **Philip J. Korey**

    Firm Name: **Philip J. Korey**

    Address: **700 West St. Clair Ave., Suite 400**

    City / State / Zip: **Cleveland, Ohio 44113-1274**

    Telephone / Fax: **(216) 771-7030** Fax: **(216) 241-2731**

Applicant having requested admission Pro Hac Vice to appear for all purposes as counsel for **Alison Douglas** in the above entitled action;

**IT IS HEREBY ORDERED** that Applicant is admitted to practice Pro Hac Vice in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys.

Dated: **9/15/2022**

/s/ Laura Taylor Swain

United States District / Magistrate Judge