IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

CASE NO. 20 CR 93 (LTS)

UNITED STATES OF AMERICA,　　：　　JUDGE LAURA TAYLOR SWAIN

　　　　　　　Plaintiff,　　：　　**PETITION FOR A HEARING TO ADJUDICATE THE VALIDITY OF ALISON DOUGLAS'S INTEREST IN THE PROPERTY AT 2281 MARKS ROAD, BRUNSWICK HILLS, LOT NO. 21, TRACT 1, COUNTY OF** <u>**MEDINA, STATE OF OHIO**</u>

-vs-　　：

MICHAEL ACKERMAN,　　：

　　　　　　　Defendant　　：

- - - - - - - - - - - - - - - - - - - - - - - - - - - x

**In Re:  Petition 2281Marks Road, Brunswick Hills, Ohio**

　　　Petitioner Alison Douglas, being first duly sworn attest to the following under penalty of perjury:

　　　1.　　I am the petitioner in the above-captioned case.

　　　2.　　I am the sole owner of the property rights in the residence located at 2281 Marks Road in Brunswick Hills, Ohio.

　　　3.　　Michael Ackerman and myself purchased the home on or about June 28, 2019, and make all incidental expenses and jurisdictional fees.

　　　4.　　In August of 2019, Michael Ackerman told me that he had pancreatic cancer.

　　　5.　　On or about December 10, 2019, he was home and told me he had to go to the Mideast to seek experimental cancer treatment.  He had filed a Quit Claim Deed to me.

6.     When he called me on Christmas Day, 2019, he related that he was looking for a liver from a Chinese transplant.

7.     Since December of 2019, I have been the sole owner of the home.  There is no mortgage on the house and I have faithfully made all of the payments since I acquired the property on June 28, 2019.

8.     On or about January 12, 2020, I was told by a second woman, who claims she was married to Michael Ackerman in September of 2019, that he was on a ventilator.

9.     On February 13, 2020, Michael Ackerman was indicted in the present case.  I was hysterical.

10.    I do not think I should forfeit anything of value in the house.

11.    I had no interest in any of his illegal dealings.  I thought that he had earned the money legitimately in stocks and in providing security work.

12.    Other exhibits will be produced at the hearing.

**FURTHER AFFIANT SAYETH NAUGHT.**

**ALISON DOUGLAS**
2281 Marks Road
Brunswick Hills
Medina County, Ohio

**SWORN TO BEFORE ME** and subscribed in my presence this ___7___ day of August, 2022.

NOTARY PUBLIC

PHILIP J. KOREY, ATTY.
NOTARY PUBLIC • STATE OF OHIO
My Commission Has No Expiration Date
Section 147.03 O.R.C.

WHEREFORE, Petitioner Alison Douglas respectfully requests that her Petition be granted.

Respectfully submitted,

/s/ Philip J. Korey
PHILIP J. KOREY (0026029)
Hoyt Bock Building
700 West St. Clair Ave., Ste. 400
Cleveland, OH  44113
(216) 771-7030
(216) 241-2731
pjkoreylaw@sbcglobal.net (email)

-and-

/s/ Joseph A. Dubyak
JOSEPH A. DUBYAK (0025054)
Hoyt Bock Building
700 West St. Clair Ave., Ste. 400
Cleveland, OH  44113
(216) 241-0300
(216) 241-2731
jadubyak@hotmail.com (email)

Attorneys for Petitioner Alison Douglas

## CERTIFICATE OF SERVICE

A copy of the foregoing Petition for a Hearing to Adjudicate the Validity of Alison Douglas's Interest in the Property at 2281 Marks Road, Brunswick Hills, Lot No. 21, Tract 1, County of Medina, State of Ohio has been served by email (Sebastian.swett@usdoj.gov) and regular U.S. mail, postage prepaid, on this 8th day of August, 2022, upon:  Damian Williams, United States Attorney, and Sheb Swett, Assistant United States Attorney, located at One Saint Andrews Plaza, New York, NY  10007.

/s/ Philip J. Korey
Philip J. Korey
Attorney for Petitioner Alison Douglas