```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                                   :
UNITED STATES OF AMERICA,                                          :
                                                                   :
            -v-                                                    :    20 CR 93 (LTS)
                                                                   :
MICHAEL ACKERMAN,                                                  :
                                                                   :
                              Defendant.                           :
                                                                   :
-------------------------------------------------------------------X
```

ORDER

Following its entry of the Final Order of Forfeiture, at docket entry no. 106, the Court has received a third-party petition from Alison Douglas seeking a hearing to assess her interest in a residential property that is purportedly subject to forfeiture.  (See docket entry no. 107.)  Although no statutory provision is referenced in the petition, the Court understands the filing to be made pursuant to 18 U.S.C. § 853(n), which generally permits persons other than the defendant to assert a legal interest in property that has been ordered forfeited.

The Government is directed to respond to the petition by **March 3, 2023**.  Any reply must be filed by **March 17, 2023**.

SO ORDERED.

Dated: New York New York
       February 9, 2023

                                                          /s/ Laura Taylor Swain
                                                          LAURA TAYLOR SWAIN
                                                          Chief United States District Judge