# PHILIP J. KOREY
*Attorney at Law*

HOYT-BLOCK BLDG.
700 W. ST. CLAIR AVE., STE. 400
CLEVELAND, OH 44113-1274

(216) 771-7030
FAX (216) 241-2731
pjkoreylaw@sbcglobal.net

March 13, 2023

**VIA ECF**

Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY  10007

      RE:    United States of America v. Michael Ackerman
                Case No. 20 CR 93 (LTS)
                Premises:    Township of Brunswick Hills, Lot No. 21, Tract,
                                 County of Medina;
                                 2281 Marks Road
                                 Brunswick, Ohio  44280

Dear Judge Swain:

      Alison Douglas reincorporates all of her previous positions as stated in her initial petition, and further states:

      During her ownership of the home, she incurred and continues to pay the current expenses:

| Amount | Item |
|---:|---|
| $7,200.00 | water bill |
| 300.00 | water filter |
| 3,252.00 | cable bill |
| 100.00 | pool chemicals |
| 2,500.00 | opening and closing the pool |
| 325.00 | exterminator |
| 318.00 | water service |
| 432.00 | house insurance |
| 352.00 | garbage service |
| 400.00 | pool not blue enough |
| 209.00 | value |
| 928.00 | electric bill |
| $17,356.00 | Total |

On the strength of this and other living expenses such as food and clothing, Ms. Douglas is entitled to $40,000.00 from the sale of the house.

Thank you for your attention.

Respectfully submitted,

Philip J. Korey
Joseph A. Dubyak