UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
:
UNITED STATES OF AMERICA :
: AMENDED FIRST FINAL
-v.- : ORDER OF FORFEITURE
:
MICHAEL ACKERMAN, : 20 Cr. 93 (LTS)
:
Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

WHEREAS, on or about September 8, 2021, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Preliminary Order of Forfeiture"), forfeiting to the United States all right, title, and interest of the MICHAEL ACKERMAN (the "Defendant") in, *inter alia*, the following property:

    i. All monies and funds contained in Coinbase account 59D73BA299672503D3A27FA9, held in the name of "Michael Ackerman", seized pursuant to seizure warrant 20 Mag. 555, signed by the Honorable Katharine H. Parker, United States Magistrate Judge for the Southern District of New York, on January 15, 2020 (the "Coinbase Account"); and

    ii. All monies and funds contained in BitFinex account CRYPTO7Q (ID: 879959), with the registered email address of crypto7q@gmail.com, seized pursuant to seizure warrant 20 Mag. 869, signed by the Honorable Gabriel W. Gorenstein, United States Magistrate Judge for the Southern District of New York, on January 24, 2020 (the "BitFinex Account");

(i, and ii., collectively, the "Specific Property");

WHEREAS, on or about January 25, 2023, the Court entered a First Final Order of Forfeiture (D.E. 106) (the "Final Order of Forfeiture") forfeiting to the United States all right, title and interest of the Defendant in, *inter alia*, the following property:

    i. $12,224.98 seized from various cryptocurrencies formerly held in the Coinbase Account;

   ii. $446,675.65 seized from various cryptocurrencies formerly held in the BitFinex Account;

(i. and ii., collectively, the "Forfeited Property");

  WHEREAS, Government recently learned that the description of the Forfeited Property was inaccurate;

  WHEREAS, the correct description of the Forfeited Property is:

   i. 6.97700546 ETHEREUM; 0.76782378 BITCOIN SV; and 2,535.3424 EOS and $87,856.55 in United States currency, formerly held in the Coinbase Account; and

   ii. 8.7833956 BITCOIN; 472,737.65 BitTORRENT; 1,899,888.7 TRON (in the form of BTT Token); 3,057 NEO; 1,097,900 STELLAR LUMENS; 140.65656 USD TETHER; 277,820 XRP; 595,694.4626 HYDRO PROTOCOL; 784.5322816 IOTA; 1,192,973.145 ZILLIQA; and 20 XRP, formerly held in the BitFinex Account;

(i. and ii., collectively, the "Corrected Property"); and

  WHEREAS, the Government requests pursuant to Rule 36 that the Court enter the proposed Amended First Final Order of Forfeiture with respect to the Corrected Property.

  NOW, THEREFORE, IT IS ORDERED, ADJUDGED AND DECREED THAT:

  1. All right, title and interest in the Corrected Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

  2. Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Corrected Property.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

3. United States Customs and Border Protection (or its designee) shall take possession of the Corrected Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       August 2, 2023

SO ORDERED:

_____
HONORABLE LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE