

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 12, 2023

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

      Re:  *United States v. Michael Ackerman*
           20 Cr. 93 (LTS)

Dear Judge Swain:

      The Government respectfully moves for entry of the proposed Second Amended First Final Order of Forfeiture attached hereto, which concerns two of the real properties ordered forfeited in this case. The Government is seeking this amendment to include certain clarifying language as to title, so that the Government could obtain title insurance to enable it to properly dispose of the property.

      Accordingly, the Government respectfully requests that the Court enter the attached Second Amended First Final Order of Forfeiture so that the United States Customs and Border Protection can dispose of the real property according to law.

      Respectfully submitted,

      DAMIAN WILLIAMS
      United States Attorney
      Southern District of New York

By: _____
      Sheb Swett
      Assistant United States Attorney
      Tel. (212) 637-6522

*Enclosure*