

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 38th Floor*
*New York, New York 10278*

February 4, 2025

**VIA ECF**
The Honorable Laura Taylor Swain
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

# **MEMO ENDORSED**

Re:   **United States v. Michael Ackerman**
        20 Cr. 93 (LTS)

Dear Judge Swain:

The Government respectfully moves, pursuant to Rule 36 of the Federal Rules of Criminal Procedure, for the Court to enter the proposed Corrected Second Final Order of Forfeiture, to correct an error in the description of the real property ordered forfeited in the Second Final Order of Forfeiture entered by the Court on July 24, 2023 (D.E. 115). The Government is also seeking to include certain clarifying language as to title, so that the Government could obtain title insurance to enable it to properly dispose of the property.

Accordingly, the Government respectfully requests that the Court enter the attached Corrected Second Final Order of Forfeiture.

Respectfully,

DANIELLE R. SASSOON
United States Attorney for the
Southern District of New York

By:      *s/ Jessica Greenwood*
         Jessica Greenwood
         Assistant United States Attorney
         Tel. No.: (212) 637-1090

The foregoing request is granted. The Corrected Second Final Order of Forfeiture shall be filed contemporaneously with this memo endorsement. DE # 122 is resolved.
SO ORDERED.
2/10/2025
/s/ Laura Taylor Swain, Chief USDJ